IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR HENRY HYSELL | ) | |
| | ) | Case No. <u>BK09-41505</u> |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| J.E. MEURET GRAIN CO., INC. | ) | |
| a Nebraska corporation, | ) | |
| Plaintiff | ) | **<u>Adv. No. A09-04055</u>** |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR HENRY HYSELL, | ) | **<u>ANSWER</u>** |
| | ) | |
| Defendant, | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Arthur Henry Hysell, the Debtor and the Defendant herein ("Mr.
Hysell"), by and through his undersigned attorneys of record herein, and for his Answer
to Plaintiff's Complaint to Determine Non-Dischargeability ("Complaint") hereby states
and avers to this Court as follows:

1)      Mr. Hysell Generally Denies each and every allegation contained in the
Plaintiff's Complaint except those allegations hereinafter admitted and/or those
allegations constituting admissions against the Plaintiff's interest.

2)     Mr. Hysell Admits the allegations contained in Paragraphs 1, 2, 3 5 and 6 of
the Plaintiff's Complaint.

3)     Mr. Hysell Admits - Upon Information and Belief - the allegations
contained in Paragraph 4.

4)     Mr. Hysell Specifically Denies the allegations contained in Paragraphs 7, 18
(to the extent that it incorporates paragraph 7), 19, 20, 23, 24 and 25.

WHEREFORE, having fully Answered the Plaintiff's Complaint, Mr. Hysell
prays that this Court enter the following relief:

(a)      Dismiss the Complaint at the Plaintiffs own costs; and,

(b)    Award Mr. Hysell his costs and reasonable attorney fees incurred in

defending this adversary action; and,

(c)    For such other and further relief as may be just and appropriate under

the circumstances.

Dated this 30th day of October, 2009.

Arthur Henry Hysell
Defendant/Debtor.

By:    */s/ David G. Hicks*
DAVID G. HICKS, #16853
POLLAK & HICKS, P.C.
216 Overland Wolf Centre
6910 Pacific Street
Omaha, NE  68106
(402) 345-1717 – telephone
(402) 444-1724 – facsimile
DHicksLaw@aol.com
Attorneys for Defendants.

**Certificate of Service**

The undersigned hereby certifies that the foregoing Answer was served upon all parties in interest by filing same with the Office of the Clerk of the United States Bankruptcy Court for the District of Nebraska, utilizing its CM/ECF electronic filing system, and by mailing copies by regular, first-class United States mail, postage prepaid to the Defendant at his address of record herein, all on the 30th day of October, 2009.

*/s/ David G. Hicks*
David G. Hicks